IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ESTRADA,<br><br>    Petitioner,<br><br>    vs.<br><br>D.G. ADAMS,<br><br>    Respondent.<br>_____/ | 1:07-cv-00958-LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #8)<br><br>DEADLINE: November 15, 2007 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 15, 2007, petitioner filed a motion to extend time to file an opposition to the motion to dismiss filed by respondent on September 21, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days, up to and including November 15, 2007, to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:   **October 30, 2007**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE